## Krug *v.* St. Mary's Borough, Appellant.

Argued with preceding case. Appeal, No. 161, July T., 1891, by defendant, from judgment of C. P. Elk Co., Nov. T., 1887, No. 32, on verdict for plaintiff, John Krug.

The facts involved were similar to those of the preceding case except that the action was begun Oct. 3, 1887, for damage suffered by floods that occurred in the years 1884, 1885, 1886 and 1887.

OPINION BY MR. JUSTICE GREEN, November 11, 1892:

For the reasons stated in the opinion of this court in another case between these parties and just now filed, the

Judgment in this case is affirmed.